**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| COUNTY OF DUVAL, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION: 4:19-cv-02504 |
| | § | |
| PURDUE PHARMA, LP, *et al.*, | § | |
| | § | |
| *Defendants* | § | |

**DEFENDANT MCKESSON CORPORATION'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant <u>McKesson Corporation</u> ("McKesson") files this Rule 7.1 Statement.

<u>McKesson</u> is a publicly traded corporation. It has no parent corporations and no publicly held corporation owns 10% or more of McKesson stock.

Other than the above-described entity and the other parties to the litigation, <u>McKesson</u> is not currently aware of any other individuals or entities that are financially interested in the outcome of this litigation.

877964.1

Respectfully submitted,

/s/   Craig Smyser
Craig Smyser
Texas Bar No. 18777575
Fed. Bar No. 848
csmyser@skv.com
Tyler G. Doyle
Texas Bar No. 24072075
Fed. Bar No. 1373873
tydoyle@skv.com
David Isaak
Texas Bar No. 24012887
Fed. Bar No. 26694
disaak@skv.com
Razvan Ungureanu
Texas Bar No. 24085630
Fed. Bar No. 2006928
razvan@skv.com
Kristin Adler
Texas Bar No. 793233
Fed. Bar No. 21273
kadler@skv.com
Michelle S. Stratton
Texas Bar No. 24085606
Fed. Bar No. 2592215
mstratton@skv.com
Crystal Robles
Texas Bar No. 24083754
Fed. Bar No. 2070295
crobles@skv.com
SMYSER KAPLAN & VESELKA L.L.P.
700 Louisiana, Suite 2300
Houston, Texas 77002
Phone:  713-221-2300
Fax:  713-221-2320

877964.1

*Of Counsel*:

Mark H. Lynch
Christian J. Pistilli
COVINGTON & BURLING LLP
850 Tenth Street NW
Washington, DC  20001
Phone:  202-662-5342

Sonya D. Winner
Cortlin H. Lannin
COVINGTON & BURLING LLP
Salesforce Tower, Suite 5400
415 Mission Street
San Francisco, CA 94105-2533
Phone:  415 591 6000

*Counsel for Defendants McKesson Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on July 15, 2019.

*/s/ Craig Smyser*
Craig Smyser

877964.1